UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
NORTH CAROLINA

Western Division

| LARRY LEE WILLIAMS, | ) |
| Plaintiff | ) |
| | ) File No.: 5:13-CV-00784-KS |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security | ) |
| Defendant. | ) |

## ORDER ON MOTION TO DISMISS

**THIS CAUSE** is before the Court on a Motion of the Plaintiff to Dismiss the matter before the court.

Plaintiff's counsel informs the Court the Plaintiff wishes to no longer pursue this matter and opposing counsel has no objection to the dismissal of the matter.

**FOR GOOD CAUSE SHOWN** the Plaintiff's motion is GRANTED and the matter is dismissed.

SO ORDERED, this 14th day of June 2017.

The Honorable Kimberly A. Swank
United States Magistrate Judge